UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | In Proceeding for a Wage |
|    GILDA CRISTINA DIAZ | * | Earner's Plan Under |
| | * | CHAPTER 13 |
| | * | 18-00222 |
|    Debtor(s) | * | |
| _____ | * | |

PRAECIPE

This 28th day of January 2020,

    THE CLERK OF COURT WILL note that the debtor wishes to withdraw claim Number 2-1, which was filed on behalf of the Romanian Condo Assoc.

| | |
|---|---|
| Signature(s): | /s/ Kevin Judd |
| Name(s) (Printed): | Kevin D. Judd, Esq. |
| | Bar #434926 |
| Address: | 601 Pennsylvania Avenue, NW |
| | Suite 900 - South Building |
| | Washington, D.C.  20004 |
| Phone Number: | 202-483-6070 |
| Attorney For: | The Debtor |